# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAREQ A. KHEDIR AL-TIAE, M.D, <br><br> Plaintiff, <br><br> vs. <br><br> THE PHYSICIAN NETWORK (TPN), and CATHOLIC HEALTH INITIATIVES (CHI), <br><br> Defendants. | 4:18CV3140 <br><br> ORDER |

This matter is before the Court following a telephone conference scheduled for February 8, 2019, at 11:00 a.m. before the undersigned magistrate judge. Defense counsel appeared by telephone. Plaintiff, pro se, did not participate in the telephone call or otherwise notify the Court that he could not appear.

Pursuant to the Court's Scheduling Order (Filing No. 14), the parties must serve mandatory disclosures by February 18, 2019, and must jointly prepare and file a Rule 26(f) Report by February 19, 2019. The Court instructed defense counsel to continue to comply with the Court's Scheduling Order (Filing No. 14) and request a further telephone call with the Court, if needed.

Plaintiff is advised that further failure to comply with the Court's orders and local rules and failure to appear at any further Court-ordered telephone conference will result in appropriate sanctions, including a recommendation that the case be dismissed for failure to prosecute and failure to comply with the Court's orders.

**IT IS SO ORDERED.**

Dated this 8th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge