# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TAREQ A. KHEDIR AL-TIAE, M.D,

    Plaintiff,

vs.

THE PHYSICIAN NETWORK (TPN), and
CATHOLIC HEALTH INITIATIVES (CHI),

    Defendants.

4:18CV3140

ORDER

This matter is before the Court upon notification that Plaintiff, pro se, has medical issues and is receiving medical treatment rendering him unable to prosecute his case. Under the circumstances, the Court will stay this action and pending deadlines for a period of 90-days, during which Plaintiff or his representative may consider obtaining legal representation to prosecute this action on his behalf. Plaintiff or an attorney on his behalf shall contact the Court and Defense counsel on or before June 14, 2019, regarding the status of Plaintiff's medical condition and whether he intends to continue to prosecute this case. Accordingly,

**IT IS ORDERED** that this case and any pending deadlines are stayed **through June 14, 2019**. On or before that date, Plaintiff or an attorney on his behalf shall contact the Court and Defense counsel regarding the status of Plaintiff's medical condition and whether he intends to continue to prosecute this case.

Dated this 15th day of March, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge