# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAREQ A. KHEDIR AL-TIAE, M.D.; | |
| Plaintiff, | 4:18CV3140 |
| vs. | ORDER |
| THE PHYSICIAN NETWORK, (TPN); and CATHOLIC HEALTH INITIATIVES, (CHI); | |
| Defendants. | |

This matter is before the Court on the Motion to Withdraw (Filing No. 62) filed by Erik W. Fern, counsel for Plaintiff. Plaintiff's counsel has accepted employment with the State of Nebraska and will no longer be engaged in private practice. Mr. Fern has informed his client of his withdrawal of representation. Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 62) filed by Erik W. Fern, counsel for Plaintiff, is granted.

2. Mr. Fern shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Mr. Fern will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on his behalf. If substitute counsel does not enter a written appearance, Plaintiff shall provide the Clerk of Court his current address and telephone number **within five days of being served with this Order**.

4. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Erik W. Fern's appearance as counsel of record for Plaintiff will be terminated, and the Clerk of Court shall terminate electronic notice to that attorney in this case.

Dated this 3rd day of April, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge