IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAREQ A. KHEDIR AL-TIAE, M.D.; <br><br> Plaintiff, <br><br> vs. <br><br> THE PHYSICIAN NETWORK, (TPN); and CATHOLIC HEALTH INITIATIVES, (CHI); <br><br> Defendants. | 4:18CV3140 <br><br> ORDER |

  This matter is before the Court on Defendants' Motion to Strike the Unauthorized "Amicus Curiae Brief" Filed by Plaintiff's Father ([Filing No. 66](#)). The Court will grant the motion.

  Plaintiff initiated this lawsuit as a pro se litigant in state court on August 17, 2018. ([Filing No. 1-2](#)). Thereafter, Plaintiff obtained legal representation on June 17, 2019, ([Filing No. 26](#)), but on April 3, 2020, the Court granted Plaintiff's counsel leave to withdraw from that representation. ([Filing No. 63](#)). Plaintiff's counsel filed a certificate of service of the Court's order on Plaintiff on the same date. ([Filing No. 64](#)). Plaintiff is again proceeding pro se.

  On June 25, 2020, Plaintiff's father, Khedir D. Khedir Al-tiae, filed a 14-page document captioned "Amicus Curiae Brief." In general, the document contains Plaintiff's father's unsworn statements and opinions regarding his son's case. Plaintiff's father is not an attorney and the document contains no information appropriate for the Court to consider. Under the circumstances, the Court agrees with Defendants that the unauthorized "Amicus Curiae Brief" should be stricken. Accordingly,

  **IT IS ORDERED:** Defendants' Motion to Strike the Unauthorized "Amicus Curiae Brief" Filed by Plaintiff's Father ([Filing No. 66](#)) is granted. The Clerk of Court shall strike the unauthorized brief at [Filing No. 65](#).

  Dated this 23rd day of July, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge