# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TAREQ A. KHEDIR AL-TIAE, M.D.;** | |
| **Plaintiff,** | **4:18CV3140** |
| vs. | **ORDER** |
| **THE PHYSICIAN NETWORK, (TPN); and CATHOLIC HEALTH INITIATIVES, (CHI);** | |
| **Defendants.** | |

This matter is before the Court following a telephone conference held on August 17, 2020, before Magistrate Judge Michael D. Nelson with Plaintiff, pro se, and counsel for Defendants. In accordance with the matters discussed during the telephone conference,

**IT IS ORDERED:**

1. On or before **August 21, 2020**, Defendants shall provide Plaintiff with the outstanding interrogatories that require responses and/or supplementation;

2. On or before **August 21, 2020**, Defendants shall provide Plaintiff with the authorization forms to release the requested tax records;

3. Plaintiff shall provide to Defendants his verified responses to the outstanding interrogatories on or before **August 31, 2020**;

4. Plaintiff shall provide to Defendants the signed authorization forms for release of the requested tax records on or before **August 31, 2020**; and

5. Defendants shall take Plaintiff's deposition commencing at 9:00 a.m. on **September 16, 2020**, by video. Defendants must provide Plaintiff with a separate notice of deposition as discussed during the telephone conference.

Dated this 17th day of August, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge