# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TAREQ A. KHEDIR AL-TIAE, M.D.;** | |
| **Plaintiff,** | 4:18CV3140 |
| vs. | ORDER |
| **THE PHYSICIAN NETWORK, (TPN); and CATHOLIC HEALTH INITIATIVES, (CHI);** | |
| **Defendants.** | |

This matter is before the Court following a telephone conference held on September 9, 2020, before Magistrate Judge Michael D. Nelson with Plaintiff, pro se, and counsel for Defendants. In accordance with the matters discussed during the telephone conference,

**IT IS ORDERED:**

1. By the end of today, **September 9, 2020**, Plaintiff shall provide Defendants with the signed authorization form for release of his 2015 tax records;

2. By the end of today, **September 9, 2020**, Plaintiff shall provide Defendants with copies of the documents he stated he has readily available regarding his NEOC charge of discrimination against Mary Lanning Healthcare;

3. Prior to his deposition scheduled for **September 16, 2020**, Plaintiff shall continue to search for documents regarding the NEOC charge against Mary Lanning Healthcare and provide Defendants with any additional documents he discovers; and

4. Plaintiff's deposition scheduled for **September 16, 2020**, shall not be continued unless licensed counsel enters an appearance on Plaintiff's behalf and requests a continuance.

Dated this 9th day of September, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge