IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAREQ A. KHEDIR AL-TIAE. M.D., <br><br> Plaintiff, <br><br> vs. <br><br> THE PHYSICIAN NETWORK, (TPN); and CATHOLIC HEALTH INITIATIVES, (CHI); <br><br> Defendants. | 4:18-CV-3140 <br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation (Filing 87) recommending that the Court grant Defendants' Motion for Sanctions to Dismiss Plaintiff's Complaint with Prejudice (Filing 82). Neither party has objected to the Findings and Recommendation within the time permitted. *See* 28 U.S.C. § 636(b)(1) (requiring de novo review of "those portions of the report or specified proposed findings or recommendations to which objection is made"); *Peretz v. United States*, 501 U.S. 923, 939, 111 S. Ct. 2661, 2670, 115 L. Ed. 2d 808 (1991) (holding that de novo review "need not be exercised unless requested by the parties" in the form of an objection); NECivR 72.2 (requiring a party to "object to a magistrate judge's . . . findings and recommendation in a dispositive matter by filing [an objection] within 14 days after being served").[1] Accordingly, the Court adopts the Findings and Recommendation (Filing 87). Therefore,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing 87) is adopted;

2. Defendant's Motion for Sanctions to Dismiss Plaintiff's Complaint with Prejudice (Filing 82) is granted;

---

[1] Court records show the Findings and Recommendation was mailed to Plaintiff on November 10, 2020.

3. This case is dismissed with prejudice; and

4. The Court will enter a separate judgment.

Dated this 30th day of November, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge